*Law Offices*
MORGAN, LEWIS & BOCKIUS LLP
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540
609-919-6682
Thomas A. Linthorst
Scott E. Ross
Attorneys for Defendant MortgageIT, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DOMINICK SAMMARONE, DANIEL SOGLUIZZO, ARA M. MESROPIAN, and all others similarly situated, |  |
| Plaintiffs, | Civil Action No. 2:07-cv-03839-WHW-MCA |
| v. |  |
| MORTGAGEIT, INC. |  |
| Defendant. |  |

## DECLARATION OF ANDY OCCHINO

I, Andy Occhino, hereby declare as follows:

1.    I am over 21 years old and have personal knowledge of, and am competent to testify to, all of the facts set forth herein.

2.    I have been employed by MortgageIT, Inc. ("MortgageIT" or the "Company") since May 9, 2005. My position with MortgageIT is General Counsel and I oversee all legal matters pertaining to MortgageIT.

3.    Attached hereto as Exhibit A is a true and correct copy of Paragraph 58 of the Joint Stipulation of Settlement and Release, which was filed in the case of <u>Lacon et al. v. MortgageIT, Inc. et al</u>, Case No. 04-CIV-7847 (VM).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 17TH day of October, 2007.

ANDY OCCHINO

# EXHIBIT A

58.

REDACTED

REDACTED