IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOMINICK SAMMARONE, DANIEL SOGLUIZZO, ARA M. MESROPIAN, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGEIT, INC.<br><br>Defendant. | Civil Action No. 2:07-cv-03839-WHW-MCA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION** |

Plaintiffs Dominick Sammarone, Daniel Sogluizzo, and Ara Mesropian ("Plaintiffs") and Defendant MortgageIT, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint on or about August 10, 2007; and

WHEREAS, Defendant filed a motion to dismiss Plaintiffs' Complaint on or about October 22, 2007; and

WHEREAS, Defendant's motion is fully-briefed and remains pending; and

WHEREAS, on or about March 6, 2008, Plaintiffs filed a motion to proceed as a collective action and facilitate class notice pursuant to 29 U.S.C. § 216(b); and

WHEREAS, Defendant's response to Plaintiffs' motion to proceed as a collective action is currently due on March 24, 2008; and

WHEREAS, the parties' counsel are engaged in discussions aimed at resolving this matter and agree that a stay of 90 days would facilitate those discussions;

NOW, THEREFORE, the parties hereby stipulate and agree (1) that all activity of any kind in the within matter is hereby stayed for 90 days from the date the Court's Order approving

this Stipulation, (2) that, notwithstanding the preceding clause, any person desiring to file a consent to join this litigation may file such a consent with the Clerk of the District Court during the stay period, and (3) that, should the parties fail to resolve the matter during the 90-day period the matter is stayed, Defendant's response to Plaintiffs' motion to proceed as a collective action will be due 14 days after the date the stay is expires.

COHN, LIFLAND, PEARLMAN,
HERRMANN, & KNOPF, LLP

By: _____
   Peter S. Pearlman

Park 80 Plaza West One
Saddle Brook, NJ 07663
Tel: (201) 845-9600

*Attorneys for Plaintiffs Dominick Sammarone, Daniel Sogluizzo, and Ara Mesropian*

Dated: March 28, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
   Thomas A. Linthorst

502 Carnegie Center
Princeton, NJ 08540-7814
Tel: (609) 919-6609

*Attorneys for Defendant MortgageIT, Inc.*

Dated: March 28, 2008

**APPROVED AND SO ORDERED:** _____
The Honorable William H. Walls
United States District Judge

Date:_____