# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOMINICK SAMMARONE, DANIEL SOGLUIZZO, ARA M. MESROPIAN, and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>MORTGAGEIT, INC.<br><br>     Defendant. | Civil Action No. 2:07-cv-03839-WHW-MCA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION** |

Plaintiffs Dominick Sammarone, Daniel Sogluizzo, and Ara Mesropian ("Plaintiffs") and Defendant MortgageIT, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on or about August 28, 2008, the Court entered the parties' Joint Stipulation and Order to Stay Action, to provide the parties a stay to facilitate settlement discussions;

WHEREAS, the Court's stay expired on or about September 26, 2008;

WHEREAS, the parties are continuing their settlement discussions and presently are attempting to schedule a mediation session to facilitate those discussions;

WHEREAS, the parties request an additional stay of 45 days to attend a mediation session; and

WHEREAS, Plaintiffs have further agreed to withdraw their pending motion to proceed as a collective action (Docket No. 20) without prejudice to their right to file a renewed motion at a later point;

NOW, THEREFORE, the parties hereby stipulate and agree that:

(1)    Plaintiffs' pending motion to proceed as a collective action (Docket No. 20) is

withdrawn without prejudice to Plaintiffs right to file a renewed motion in the future;

(2)     All activity of any kind in the within matter is hereby stayed for 45 days from the date of entry of the Court's Order approving this Stipulation; and

(3)     Notwithstanding the preceding clause, any person desiring to file a consent to join this litigation may file such a consent with the Clerk of the District Court during the stay period.

COHN, LIFLAND, PEARLMAN,
HERRMANN & KNOPF, LLP

By: _____
    Peter S. Pearlman

Park 80 Plaza West One
Saddle Brook, NJ 07663
Tel: (201) 845-9600

*Attorneys for Plaintiffs Dominick Sammarone,*
*Daniel Sogluizzo, and Ara Mesropian*

Dated: October 8, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Thomas A. Linthorst

502 Carnegie Center
Princeton, NJ 08540-7814
Tel: (609) 919-6609

*Attorneys for Defendant MortgageIT, Inc.*

Dated: October 8, 2008


**APPROVED AND SO ORDERED:**

_____
The Honorable William H. Walls
United States District Judge

Date: _____

2